McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*

| | |
|---|---|
| SUSAN HALL, an Individual, | Case No. 2:22-cv-00211-RFB-EJY |
| Plaintiff, | |
| v. | |
| GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br> **(FIRST REQUEST)** |
| Defendants. | |

Defendant GEICO Advantage Insurance Company ("GEICO") and Plaintiff Susan Hall ("Plaintiff"), by and through their counsel or record, hereby stipulate and agree as follows:

**WHEREAS**, on January 5, 2022, Plaintiff filed her Complaint in the Eighth Judicial District Court, Case No. A-22-846266-C [ECF No. 1-1];

**WHEREAS**, on February 4, 2022, GEICO filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS,** GEICO's time to file responsive pleadings has not yet expired;

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00211-RFB-EJY
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**WHEREAS**, as the parties are engaged in settlement discussions, GEICO requested an extension to its responsive pleading deadline;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. GEICO's deadline to file a responsive pleading will be extended by ten (10) days, and will now be February 21, 2022.

**IT IS SO STIPULATED.**

Dated: February 11th, 2022             McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP

                                       By: ___/s/ Jonathan W. Carlson___
                                           Jonathan W. Carlson
                                           Nevada Bar No. 10536
                                           Frank A Toddre, II
                                           Nevada Bar No. 11474
                                           Stacy Norris
                                           Nevada Bar No. 15445
                                           Attorneys for Defendant GEICO

Dated: February 11th, 2022             BERTOLDO BAKER CARTER SMITH & CULLEN

                                       By: ___/s/ Brett A. Carter___
                                           Brett A. Carter, Esq.
                                           Nevada Bar No. 5904
                                           Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated this 11th day of February, 2022

By: _____
    Elayna J. Youchah
    United States Magistrate Judge

032193-000258 8200428.1