1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    *jonathan.carlson@mccormickbarstow.com*
   Frank A Toddre, II
4  Nevada Bar No. 11474
     *frank.toddre@mccormickbarstow.com*
5  Stacy Norris
   Nevada Bar No. 15445
6    *stacy.norris@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO ADVANTAGE
   INSURANCE COMPANY
10

11                    **UNITED STATES DISTRICT COURT**

12                           **DISTRICT OF NEVADA**

13                                  ****

14  SUSAN HALL, an Individual,            Case No. 2:22-cv-00211-RFB-EJY

15              Plaintiff,

16       v.

17  GEICO ADVANTAGE INSURANCE            **STIPULATION AND PROPOSED ORDER**
    COMPANY, a foreign corporation; DOES I  **TO DISMISS WITH PREJUDICE**
18  through X, inclusive; and ROE BUSINESS
    ENTITIES I through X, inclusive,
19
                Defendants.
20

21

22       IT IS HEREBY STIPULATED by the parties above named, by and through their respective

23  counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending

24  motions with the Court are withdrawn as moot.

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00211-RFB-EJY
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Re: <u>Susan Hall v. Geico Advantage Insurance Company</u>
Case No. 2:22-cv-00211-RFB-EJY

Each party will bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: March 21, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Stacy Norris
Nevada Bar No. 15445
Attorneys for Defendant GEICO

Dated: March 21, 2022

BERTOLDO BAKER CARTER SMITH & CULLEN

By:
Brett A. Carter, Esq.
Nevada Bar No. 5904
Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated this 22nd day of March, 2022

By:
Richard F. Boulware, District Judge
UNITED STATES DISTRICT COURT

8260093.1